# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | ANDREW L. TRUITT & REGINA M. MARETTE |
| **Case Number:** | 2:09-bk-08312-SSC  **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 15, 2009 01:30 PM  7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY DEUTSCHE BANK NATIONAL

**R / M #:** 15 / 0

## *Appearances:*

LEONARD J. MCDONALD, ATTORNEY FOR DEUTSCHE BANK NATIONAL

## *Proceedings:*

Mr. McDonald states that there is no equity in the property, and that the trustee has no objection to stay relief.

COURT: IT IS ORDERED VACATING THE STAY AND DIRECTING COUNSEL TO UPLOAD A FORM OF ORDER.